# Greenberg Traurig

Eric S. Aronson
(973) 360-7935
aronsone@gtlaw.com

May 29, 2008

**VIA FACSIMILE**

Hon. Peter G. Sheridan
M.L. King, Jr. Federal Bldg.
Room 4062
50 Walnut Street
Newark, NJ 07101

Re: Inserto, et al v. Tariff, et al
2:06-CV-5008

Dear Judge Sheridan:

We represent defendant, Par Pharmaceutical, Inc. ("Par") in the above action. We write to advise the Court that an agreement in principle has been reached among the parties to settle this derivative action. Accordingly, we respectfully request that the settlement conference and oral argument scheduled for tomorrow be adjourned to allow the parties to prepare and file the appropriate motions pursuant to Fed.R.Civ.P. 23.1(c), to place the terms of the proposed settlement before the Court for review and approval. We expect that such a motion will be filed within the next two weeks.

We thank you for your consideration.

Respectfully submitted,

Eric S. Aronson

AVN/kmh

cc: Jeffrey P. Fink, Esq. (via email)
Frank C. Rosano, Esq. (via email)

SO ORDERED: *Peter Sheridan*
DATED: 5/29/08

NY 238,812,587v1
Greenberg Traurig, LLP | Attorneys at Law | 200 Park Avenue | P.O. Box 677 | Florham Park, NJ 07932-0677 | Tel 973.360.7900 | Fax 973.301.8410 | www.gtlaw.com